it is impossible to reconcile the actual decisions on this point."

In 30 Cyc. 356 we find the following:

"If a partnership is formed for the prosecution of an illegal business, or for the conduct of a lawful business in an illegal manner, the courts will refuse to recognize its existence, either by enforcing its claims against others or by compelling either partner to account to the others for capital or profits in his hands."

Among the decisions cited in support of that proposition is that of McMullen v. Hoffman, 174 U. S. 639, 19 Sup. Ct. 839, 43 L. Ed. 1117, cited above. In that case the parties secured a public contract by collusive means, and, after the contract had been fully executed and one of the partners had received the profits, the other partner brought suit for an accounting and for his share of the profits. The case was elaborately considered, all the leading cases reviewed, and the conclusion reached that the action could not be maintained. There is no reason why that decision should not be accepted as absolutely conclusive in cases of this kind.

Judgment affirmed.

SOMMERVILLE, J., takes no part herein.

---

(54 South. 938.)

No. 18,679.

ARATA v. NEW ORLEANS RY. & LIGHT CO.

(April 10, 1911.)

*(Syllabus by Editorial Staff.)*

APPEAL AND ERROR (§ 627*) — TRANSCRIPT — FILING TIME.

Where the transcript on an appeal was not filed until two days after the return day as extended, the appeal will be dismissed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 2744–2749, 3126; Dec. Dig. § 627.*]

Appeal from Civil District Court, Parish of Orleans; Fred D. King, Judge.

Action by Mrs. Anais Arata against the New Orleans Railway & Light Company.

Judgment for defendant, and plaintiff appeals. Dismissed.

E. S. Whitaker, for appellant. Dart, Kernan & Dart, for appellee.

PROVOSTY, J. A motion has been made to dismiss the appeal, on the ground that the transcript was filed after the expiration of the extension of time granted for filing it.

The return day was February 23, 1911. On application, it was extended to March 2, 1911. The transcript was filed on March 4, 1911. The appeal must be dismissed. Mutual Loan v. First Baptist Church, 48 La. Ann. 1458, 21 South. 24; Le Blanc v. Lemaire, 52 La. Ann. 1635, 28 South. 105.

Appeal dismissed.